**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE<br><br>STEVEN J. GIBSON,<br>                           Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>EXETER FINANCE, LLC,<br>                           Movant<br>        vs.<br>STEVEN J. GIBSON,<br>                           Respondent(s)<br>        and<br>WILLIAM C. MILLER, ESQ.<br>                           Trustee | ))))))))))))))))))) | CHAPTER 13<br><br>CASE NO.: 20-11723-ELF<br><br><br><br>**HEARING DATE:**<br>Tuesday, April 28, 2020<br>9:30 A.M.<br><br><br><br>**LOCATION:**<br>United States Bankruptcy Court 900<br>Market Street<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay filed by Exeter Finance, LLC, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Movant may proceed to repossess the 2013 DODGE TRUCK Durango Utility 4D Citadel AWD, V.I.N. 1C4SDJET8DC563016) and to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date:  4/28/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**