*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven J. Gibson
    Debtor(s)

Case No: 20–11723–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certificate of Default filed by Debtor, Steven J. Gibson

    on: 3/23/21

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/11/21

Timothy B. McGrath
Clerk of Court

53 – 52
Form 167