United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-11723-elf

Steven J. Gibson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

**Recip ID**            **Recipient Name and Address**
db            + Steven J. Gibson, 4307 Mantua Avenue, Philadelphia, PA 19104-1215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Exeter Finance  LLC jschwartz@mesterschwartz.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| REBECCA ANN SOLARS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2                    User: admin                    Page 2 of 2
Date Rcvd: Mar 11, 2021                 Form ID: 167                   Total Noticed: 1

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Steven J. Gibson

        Debtor(s)                        Case No: 20−11723−elf

                                            Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certificate of Default filed by Debtor, Steven J.
Gibson

        on: 3/23/21

        at: 09:30 AM

        in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

                                          For The Court

Date:  3/11/21                                Timothy B. McGrath
                                            Clerk of Court