**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                              :Chapter13
**Steven J. Gibson**


(DEBTOR)                                    :Bankruptcy#20-11723ELF13


PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw debtor's Objection to Certification of Default filed by Nationstar Mortgage, LLC d/b/a Mr. Cooper.


DATED:March 17, 2021              _____/s/_____
                                  Michael A.Cataldo, Esquire
                                  Cibik and Cataldo, P.C.
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  (215) 735-1060