# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven J. Gibson<br>　　　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　v.<br>Steven J. Gibson<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 20-11723 ELF |

## ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 24, 2020 it is **ORDERED** that:

the automatic Stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4307 Mantua Avenue Philadelphia, PA 19104.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo2 Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532