United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11723-elf |
| Steven J. Gibson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Gibson, 4307 Mantua Avenue, Philadelphia, PA 19104-1215 |
| 14486448 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14486450 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14486451 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14486453 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486454 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14501618 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14490582 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486455 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14486457 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14486459 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14486460 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 14486461 | + | Trouvaillfcu, 4343 Kelly Drive, Philadelphia, PA 19129-1759 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2021 01:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2021 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 29 2021 01:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 29 2021 01:46:42 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14486446 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 01:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14525954 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 01:34:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Room 580, Philadelphia, PA 19102 |
| 14517605 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 01:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14486445 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 01:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14486443 | + | Email/Text: ecf@ccpclaw.com | Apr 29 2021 01:33:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14486447 | + | Email/Text: bankruptcy@philapark.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 29 2021 01:34:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14486449 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Apr 29 2021 01:47:36 | Exeter Finance Corp, PO Box 166008, Irving, TX 75016-6008 |
| 14487965 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 29 2021 01:47:35 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14497426 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 29 2021 01:46:42 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14486452 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2021 01:33:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14486456 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 29 2021 01:33:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14486458 | + | Email/Text: bankruptcy@philapark.org | Apr 29 2021 01:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14486444 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Exeter Finance  LLC jschwartz@mesterschwartz.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 29 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
STEVEN J. GIBSON

Debtor     Bankruptcy No. 20-11723-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: April 28, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
STEVEN J. GIBSON

4307 MANTUA AVENUE

PHILADELPHIA, PA 19104-